| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION **JUDGE ZAGEL** **MAGISTRATE JUDGE MASON** | DOCKET NUMBER *(Tran. Court)* 0650/3:91-00195 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Kurap Erdogan 60453 | DISTRICT Middle District of Tennessee | DIVISION Nashville |
|---|---|---|
| | NAME OF SENTENCING JUDGE Thomas A. Higgins, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/25/2007 | TO 07/24/2010 |

OFFENSE Convicted Felon in Possession of a Firearm, 18 U.S.C. Section 922(g)(1)

**08CR 0119**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Middle District of Tennessee

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois - Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1-28-08
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Northern District of Illinois - Chicago

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB - 4 2008
Effective Date

F I L E D

*[signature]*
United States District Judge

FEB 0 8 2008
2-8-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT